ARTHUR W. TAMS, Appellant, *v.* MITCHELL-LEWIS MOTOR
COMPANY, Respondent.

*Tams* v. *Mitchell-Lewis Motor Co.*, 148 App. Div. 893, affirmed.
(Argued April 1, 1914; decided April 28, 1914.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered December 22, 1911, affirming a judgment in
favor of defendant entered upon a dismissal of the com-
plaint by the court at a Trial Term in an action to
recover upon an alleged contract of warranty.

*Theodore F. Kuper* for appellant.

*Gilbert E. Roe* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, COLLIN,
CUDDEBACK, HOGAN, HORNBLOWER and CARDOZO, JJ.